UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INFORMATION** |
| ) | |
| Plaintiff, ) | 18 U.S.C. § 111(a)(1) |
| ) | 26mj61 JMB/DLM |
| v. ) | |
| ) | |
| HELICITY BOROWSKA, ) | |
| ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
(Assaulting, Resisting, or Impeding Certain Officers or Employees)

On or about January 16, 2026, in the State and District of Minnesota, the defendant,

**HELICITY BOROWSKA,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services), that is, Customs and Border Protection Officers and a Federal Protective Service Inspector, while such officers and employees were engaged in, and on account of, the performance of their official duties, all in violation of Title 18, United States Code, Section 111(a)(1).



SCANNED
FEB 0 4 2026
U.S. DISTRICT COURT MPLS

Dated: February 4, 2026            DANIEL N. ROSEN
                                   United States Attorney

                                   /s/    *John R. Arboleda*
                                   BY:   JOHN R. ARBOLEDA
                                   Special Assistant United States Attorney