**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Helicity Borowska,

Defendant.

File No. 26-MJ-0061 (JMB/DLM)

**ORDER**

---

This matter is before the Court on Plaintiff United States of America's unopposed motion to dismiss this matter pursuant to Federal Rule of Criminal Procedure 48(a). (Doc. No. 43.) The Government seeks dismissal on grounds that Borowska has complied with and completed all terms of an Agreement between the parties for Borowska's participation in Pretrial Diversion. Thus, based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT the Government's motion (Doc. No. 43) is GRANTED and this matter is DISMISSED with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 10, 2026

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court