# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America,

Plaintiff(s),

v.

Helicity Borowska

Defendant(s).

**JUDGMENT IN A CRIMINAL CASE**

Case No. 26mj61 JMB/DLM

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

the Government’s motion (Doc. No. 43) is GRANTED and this matter is DISMISSED with prejudice.

Date: November 12, 2026

Kate M. Fogarty, Clerk